AO 450 (SCD 04/2010) Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| William Pickett and Valarie Joanne Pickett <br> *Plaintiff* <br> v. <br> Experian Information Solutions, Inc., Equifax Information Services, LLC, and TransUnion, LLC <br> *Defendant* | ) ) ) ) ) ) )   Civil Action No.   4:24-cv-5007-JD-TER |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice pursuant to Rule 41(a)(2).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge.

Date: February 25, 2025

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*